WILLIAM S. SUSSMAN et al., Respondents, *v.* SAMUEL KRONSKY, Individually, et al., Appellants.

Argued January 11, 1944; decided February 24, 1944.

*Ira Skutch* and *Lee H. Burton* for appellants.

*Harry Bijur* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, RIPPEY, LEWIS, CONWAY, DESMOND and THACHER, JJ.